**BOIES SCHILLER FLEXNER LLP**
Sabina Mariella
  smariella@bsfllp.com
55 Hudson Yards
New York, NY 10001
Telephone:  (212) 446-2300
Facsimile:   (212) 446-2350

*Attorneys for Plaintiff*
United HealthCare Services, Inc.

[Additional Counsel Listed on Signature Page]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED HEALTHCARE SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CELGENE CORPORATION, <br><br> Defendant. | Civil Action No. 20-cv-18531-ES-MF <br><br> Hon. Esther Salas, U.S.D.J. <br> Hon. Mark Falk, U.S.M.J. <br><br> **LOCAL CIVIL RULE 7.1.1 STATEMENT** <br><br> DOCUMENT FILED ELECTRONICALLY |

     Pursuant to Local Civil Rule 7.1.1, Boies Schiller Flexner LLP, counsel for Plaintiff United HealthCare Services, Inc. ("UHS"), states as follows:

     1.    The identity of the funder(s), including the name, address, and if a legal entity, its place of formation:

          Name:          PBNHPM Finance LLC

          Address:         c/o Corporation Service Company

          251 Little Falls Drive

          Wilmington, DE 19808

  Place of Formation:  Delaware

2. Whether the funder's approval is necessary for litigation decisions or settlement decisions in the action and if the answer is in the affirmative, the nature of the terms and conditions relating to that approval:

  PBNHPM Finance LLC's approval is not necessary for any litigation decisions or settlement decisions in this action.

3. A brief description of the nature of the financial interest:
  Non-recourse receivables financing provided to Boies Schiller Flexner LLP. Neither UHS nor Zelle LLP (as co-counsel firm) is party to Boies Schiller Flexner LLP's financing arrangement with PBNHPM Finance LLC. UHS is not in privity with PBNHPM Finance LLC. UHS's financial interest in this litigation is not impacted in any way whatsoever by Boies Schiller Flexner LLP's financing arrangement with PBNHPM Finance LLC.

Dated: August 27, 2021        Respectfully submitted,

| **BOIES SCHILLER FLEXNER LLP** | **ZELLE LLP** |
|---|---|
| By: /s/ *Sabina Mariella* | Judith A. Zahid* |
| Sabina Mariella | Eric W. Buetzow* |
| 55 Hudson Yards | 555 12th Street, Suite 1230 |
| New York, NY 10001 | Oakland, CA 94607 |
| Telephone: (212) 446-2300 | Telephone: (415) 693-0700 |
| smariella@bsfllp.com | jzahid@zelle.com |
| | ebuetzow@zelle.com |

Hamish P.M. Hume*
Abby L. Dennis*
1401 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 895-7580
hhume@bsfllp.com
adennis@bsfllp.com

Edward H. Takashima*
725 S. Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone: (213) 629-9040
etakashima@bsfllp.com

James R. Martin*
Jennifer Duncan Hackett*
1775 Pennsylvania Avenue, NW,
Suite 375
Washington, D.C. 20006
Telephone: (202) 899-4100
jmartin@zelle.com
jhackett@zelle.com

*pro hac vice admitted

**ATTORNEYS FOR PLAINTIFF**
**UNITED HEALTHCARE SERVICES, INC.**